In the Matter of the Accounting of ELENORE B. TUCK et al., as Trustees under the Will of HENRY TUCK, Deceased.
NELLIE W. TUCK et al., Respondents; HENRY W. TUCK et al., Appellants.

Argued September 27, 1939; decided October 17, 1939.

*John B. Doyle* for Henry W. Tuck et al., appellants.

*Thomas Witter Chrystie* and *T. Ludlow Chrystie* for Elizabeth Fitzsimmons, as ancillary administratrix, appellant.

*John B. Doyle* for Henry W. Tuck, respondent, on appeal by Elizabeth Fitzsimmons, as ancillary administratrix.

*Windsor B. Putnam* and *Raymond T. Armbruster* for Elenore B. Tuck et al., as trustees, respondents.

*George B. Brooks* for Nellie W. Tuck, respondent.

*Louis A. Marchisio* for Carlton W. Tuck, respondent.

Order affirmed, with costs to all parties payable out of the estate. No opinion.

Concur: CRANE, Ch. J.; LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Taking no part: FINCH, J.